

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2011

**BY HAND**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Uriel Sharef, et al.
                11 Cr. 1056 (DLC)

**MEMO ENDORSED**

Dear Judge Cote:

      Yesterday, a grand jury in this District returned the enclosed Indictment and the case was assigned to Your Honor.

      The defendants in this case all reside overseas and none of the defendants is currently in custody. As such, none of the defendants will be arraigned in the immediate future. The Government will keep the Court apprised of any developments regarding the defendants' extradition.

                                            Respectfully submitted,

                                            PREET BHARARA
                                            United States Attorney

*Status letter is due*
*May 1, 2012.*
*/s/ Denise Cote*
*Nov. 14, 2011*

                               By: _____
                                  Jason P. Hernandez
                                  Sarah E. McCallum
                                  Assistant United States Attorneys
                                  Telephone: (212) 637-1024/1033

Enclosure